1  John V. Picone III, Esq. (State Bar No. 187226)
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Esq. (State Bar No. 213210)
   jcoleman@hopkinscarley.com
3  C. Gideon Korrell (State Bar No. 284890)
   gkorrell@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, California  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA  95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

   Attorneys for Plaintiff
10 PACE Anti-Piracy, Inc.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           OAKLAND DIVISION

| | |
|---|---|
| PACE ANTI-PIRACY, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSIDE SECURE, a French legal entity, and INSIDE SECURE CORP., a Delaware corporation,<br><br>Defendant. | CASE NO. 4:17-cv-05860-HSG<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2861252.3

-1-

STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
ACCOMPANYING DEADLINES                                     CASE NO. 4:16-CV-06765-HSG

# **STIPULATION**

This Stipulation is made pursuant to Local Rule 6-2 by and between Plaintiff PACE Anti-Piracy, Inc. ("PACE") and Defendants Inside Secure and Inside Secure Corp. (collectively, "IS") through their respective attorneys. PACE and IS (collectively, the "Parties") stipulate as follows:

1. The Court's Order Setting Initial Case Management Conference and ADR Deadlines dated October 12, 2017 ("Initial CMC Order") set an initial case management conference in this case for January 12, 2018 at 2:00 p.m. ("Initial CMC"), and directed counsel to meet and confer regarding their respective Rule 26(f) obligations in advance of the CMC no later than December 22, 2017. (Dkt. No. 7).

2. The Court's Initial CMC Order also stated that, under Rule 26(f), initial disclosures must be made at or within fourteen (14) days after the Rule 26(f) conference, or by January 5, 2018.

3. On December 1, 2017, this case was reassigned to the Honorable Haywood S. Gilliam, Jr. ("Order Reassigning Case"). The Order Reassigning Case vacated the Initial CMC, but kept all other deadlines, such as those for ADR compliance, in place. (Dkt. No. 29).

4. Also on December 1, 2017, the Initial CMC was re-scheduled for January 16, 2018 at 2:00 p.m., with the deadline to meet and confer re-scheduled to December 26, 2017 and the deadline for the filing of the Case Management Conference Statement re-scheduled to January 9, 2018. (Dkt. No. 28).

5. There have been no previous time modifications in this case except for two extensions of time for IS to respond to PACE's complaint; that response is due on December 26, 2017. (Dkt. Nos. 20 and 31).

6. The Parties have engaged in face-to-face settlement discussions and have exchanged proposed settlement terms. While the Parties are still negotiating those terms, the Parties request this continuance of the Case Management Conference Schedule deadlines as set out below so that they can continue settlement negotiations in the hope that this case can be settled prior to the below proposed January 16, 2018 deadline.

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2861252.3

-2-

STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES                    CASE NO. 4:16-CV-06765-HSG

7. The Parties have agreed to modify the Case Management Conference Schedule as follows:

| | CASE MANAGEMENT CONFERENCE SCHEDULE | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| January 16, 2018 | Last day to meet and confer re: initial disclosures and discovery plan | FRCP 26(f) |
| January 30, 2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCP 26(a)(1) Civil L.R. 16-9 |
| February 6, 2018, at 2:00pm | INITIAL CASE MANAGEMENT CONFERENCE (CMC): Oakland Courthouse Courtroom 2 - 4th Floor 1301 Clay Street, Oakland, CA 94612 | Civil L.R. 16-10 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 20, 2017        HOPKINS & CARLEY, A Law Corporation

By: */s/ John Picone*
    John V. Picone III

Attorney for Plaintiff PACE Anti-Piracy, Inc.

Dated: December 20, 2017        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ James Pak*
    James Y. Pak

Attorney for Defendants Inside Secure and Inside Secure Corp.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2861252.3

-3-

STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES                    CASE NO. 4:16-CV-06765-HSG

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/ s /) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: December 20, 2017      By: */s/ John Picone*
                                                                John V. Picone III
                                                                Attorney for Plaintiff
                                                                PACE Anti-Piracy, Inc.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2861252.3

-4-

STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES                                        CASE NO. 4:16-CV-06765-HSG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2017

By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

870\2861252.3

-5-

STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND
ACCOMPANYING DEADLINES                                      CASE NO. 4:16-CV-06765-HSG