John V. Picone III, Esq. (State Bar No. 187226)
jpicone@hopkinscarley.com
Jennifer S. Coleman, Esq. (State Bar No. 213210)
jcoleman@hopkinscarley.com
C. Gideon Korrell (State Bar No. 284890)
gkorrell@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiff
PACE Anti-Piracy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACE ANTI-PIRACY, INC. a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>INSIDE SECURE, a French legal entity, and INSIDE SECURE CORP., a Delaware corporation,<br><br>            Defendant. | CASE NO. 4:17-cv-05860-HSG<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

626\2876780.1

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COMPLAINT                           CASE NO. 4:17-cv-05860-HSG

## **STIPULATION**

This Stipulation is made pursuant to Local Rule 6-2 by and between Plaintiff PACE Anti-Piracy, Inc. ("PACE") and Defendants Inside Secure and Inside Secure Corp. (collectively, "Defendants") through their respective attorneys. PACE and Defendants (collectively, the "Parties") stipulate as follows:

1. Defendants filed their Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) on December 26, 2017 ("Motion to Dismiss"). The Motion to Dismiss is currently scheduled for hearing on March 22, 2018 at 2:00 p.m. (Dkt. No. 37).

2. Based on the filing date, the opposition to the Motion to Dismiss is due to be filed by January 9, 2018, and the reply in support of the Motion to Dismiss is due to be filed on January 16, 2018.

3. Given the intervening Holiday, the Parties request a modification to the briefing schedule for the Motion to Dismiss by one week. The requested modification to the briefing schedule would not have an effect on the remaining schedule for the case.

4. There have been three previous requests for time modifications: i) two extensions of time for Defendants to respond to PACE's Complaint (Dkt. Nos. 20 and 31); and ii) a continuance of the Initial Case Management Conference (Dkt. No. 33).

5. The Parties have agreed to modify the Motion to Dismiss briefing schedule as follows:

| Pleading | Current Deadline | Stipulated Revised Deadline |
|---|---|---|
| Opposition to Motion to Dismiss | January 9, 2018 | January 16, 2018 |
| Reply in support of Motion to Dismiss | January 16, 2018 | January 23, 2018 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

-2-

626\2876780.1

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COMPLAINT                                     CASE NO. 4:17-cv-05860-HSG

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

Dated: January 3, 2018    HOPKINS & CARLEY, A Law Corporation


By:  */s/ John Picone*        
    John V. Picone III
    Attorney for Plaintiff PACE Anti-Piracy, Inc.


Dated: January 3, 2018    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:  */s/ James Pak*         
    James Y. Pak
    Attorney for Defendants Inside Secure and
    Inside Secure Corp.


### ATTESTATION OF E-FILED SIGNATURE

   Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/ s /) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.


Dated: January 3, 2018    By:  */s/ John Picone*        
          John V. Picone III
          Attorney for Plaintiff
          PACE Anti-Piracy, Inc.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

-3-

626\2876780.1

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS COMPLAINT    CASE NO. 4:17-CV-05860-HSG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: JANUARY 3, 2018

By: _Haywood S. Gill Jr._
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO

626\2876780.1

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS
COMPLAINT                                              CASE NO. 4:17-CV-05860-HSG