JAMES Y. PAK (Bar No. 304563)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave., Suite 1400
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
james.pak@skadden.com

P. ANTHONY SAMMI (*pro hac vice*)
DOUGLAS R. NEMEC (*pro hac vice*)
EDWARD L. TULIN (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1
anthony.sammi@skadden.com
douglas.nemec@skadden.com
edward.tulin@skadden.com

*Attorneys for Defendants*
INSIDE SECURE, S.A. AND
INSIDE SECURE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACE ANTI-PIRACY, INC. a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSIDE SECURE, a French legal entity, and INSIDE SECURE CORP., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.: 4:17-cv-05860-HSG<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S STATEMENT OF RECENT DECISION OR, IN THE ALTERNATIVE, FOR LEAVE TO RESPOND TO STATEMENT OF RECENT DECISION** |

Pursuant to Civil L.R. 7-11, Defendants Inside Secure, S.A. and Inside Secure Corp. have filed their Administrative Motion To Strike Plaintiff's Statement Of Recent Decision Or, In The Alternative, For Leave To Respond To Statement Of Recent Decision ("the Administrative Motion").

Having considered the motion and accompanying declaration, the Court hereby **DENIES** the Administrative Motion.

**IT IS SO ORDERED.**

DATED: January 29, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge