JAMES Y. PAK (Bar No. 304563)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave., Suite 1400
Palo Alto, California 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
james.pak@skadden.com

P. ANTHONY SAMMI (*pro hac vice*)
DOUGLAS R. NEMEC (*pro hac vice*)
EDWARD L. TULIN (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1
anthony.sammi@skadden.com
douglas.nemec@skadden.com
edward.tulin@skadden.com

*Attorneys for Defendants*
INSIDE SECURE, S.A. AND
INSIDE SECURE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACE ANTI-PIRACY, INC. a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> INSIDE SECURE, a French legal entity, and INSIDE SECURE CORP., a Delaware corporation, <br><br> Defendants. | Case No.: 4:17-cv-05860-HSG <br><br> **REQUEST AND ORDER FOR DEFENDANTS' LEAD TRIAL COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date: February 6, 2018 <br> Time: 2:00 PM <br> Ctrm: 2, 4th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Civil Rule 16-10(a), Defendants Inside Secure, S.A. and Inside Secure Corp. ("Defendants") respectfully request that this Court grant permission for P. Anthony Sammi, lead trial counsel for Defendants, to appear by telephone for the Case Management Conference currently scheduled for February 6, 2018, at 2:00 PM ("Case Management Conference"). In support of this request, undersigned counsel represents that (1) counsel for Plaintiff Pace Anti-Piracy, Inc. was consulted and has no opposition to this request, and (2) Defendants' request is made seven (7) days in advance of the Case Management Conference, in accordance with Local Civil Rule 16-10(a).

WHEREFORE, Defendants respectfully request leave of Court for Defendants' lead trial counsel, P. Anthony Sammi of Skadden, Arps, Slate, Meagher & Flom LLP, to appear by telephone for the Case Management Conference.

Dated: January 29, 2018            Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *James Y. Pak*
    James Y. Pak

    Attorney for Defendants
    Inside Secure, S.A. and Inside Secure Corp.

## ORDER

Defendants Inside Secure, S.A. and Inside Secure Corp.'s request for lead trial counsel, P. Anthony Sammi of Skadden, Arps, Slate, Meagher & Flom LLP, to appear by telephone for the Case Management Conference scheduled for February 6, 2018, at 2:00 P.M. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: January 30, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge