# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACE ANTI-PIRACY, INC., <br>     Plaintiff, <br> v. <br> INSIDE SECURE, et al., <br>     Defendants. | Case No.17-cv-05860-HSG <br><br> **ORDER DIRECTING SUPPLEMENTAL BRIEFING ON RECENT FEDERAL CIRCUIT DECISION** <br><br> Re: Dkt. No. 37 |

Pending before the Court is a motion to dismiss by Defendants Inside Secure S.A. and Inside Secure Corp. Dkt. No. 37. On February 8, 2018, after briefing on the motion was complete, the Federal Circuit decided *Berkheimer v. HP Inc.*, No. 2017-1437, -- F.3d --, 2018 WL 774096 (Fed. Cir. Feb. 8, 2018). *Berkheimer* may impact the analysis to be applied at the motion to dismiss stage under the second step of the standard set forth in *Alice Corp. Pty. Ltd. v. CLS Bank International*, 134 S. Ct. 2347 (2014).

//
//
//
//
//
//
//
//
//
//

Accordingly, the parties are **DIRECTED** to submit simultaneous supplemental briefs, not to exceed five pages, addressing whether, in light of *Berkheimer*, the inventive concept determination of *Alice* step two can be made in this case on a motion to dismiss. The briefs must be submitted by March 23, 2018. The March 22, 2018 hearing on the motion to dismiss is **VACATED**, and unless otherwise ordered the motion will be taken under submission once the supplemental filings are submitted.

**IT IS SO ORDERED.**

Dated: 3/16/18

HAYWOOD S. GILLIAM, JR.
United States District Judge