1  John V. Picone III (State Bar No. 187226)
   jpicone@hopkinscarley.com
2  Jennifer Coleman (State Bar No. 213210)
   jcoleman@hopkinscarley.com
3  C. Gideon Korrell (State Bar No. 284890)
   gkorrell@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10  Attorneys for Plaintiff
    PACE Anti-Piracy, Inc.

11

12                      UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15  PACE ANTI-PIRACY, INC., a California          CASE NO.  4:17-cv-05860-HSG
    corporation,
16                                                **STIPULATION AND ORDER TO FILE**
                    Plaintiff,                    **FIRST AMENDED COMPLAINT**
17
            v.
18
    INSIDE SECURE S.A., a French legal
19  entity, and INSIDE SECURE CORP., a
    Delaware corporation,
20
                    Defendants.
21

22                             <u>**STIPULATION**</u>

23

24       Plaintiff PACE Anti-Piracy, Inc. ("Plaintiff") and defendants Inside Secure S.A. and

25  Inside Secure Corp. ("Defendants") by, and through their respective counsel, jointly stipulate as

26  follows:

27       WHEREAS, Plaintiff filed the instant action on October 12, 2017;

28  / / /

1    WHEREAS, on December 26, 2017, Defendants filed a motion to dismiss,, which is now

2    fully briefed;

3    WHEREAS, on February 7, 2018, the Court issued an order (Dkt. 53) setting the deadline

4    for amending pleadings and joining parties for April 9, 2018;

5    WHEREAS, Plaintiff intends to file a First Amended Complaint to assert two additional

6    causes of action of induced infringement and contributory infringement (Attached hereto as

7    Exhibit 1);

8    WHEREAS, FRCP Rule 15(a)(2) permits a party to amend its pleading with the opposing

9    party's written consent or the court's leave;

10   WHEREAS, Defendants do not oppose or object to the filing of the First Amended

11   Complaint;

12   WHEREAS, the filing of the First Amended Complaint does not affect the issues raised

13   by Defendants' pending motion, which, if granted, would result in dismissal of all causes of

14   action in the First Amended Complaint;

15

16   NOW IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

17   Defendants, through their undersigned counsel of record, that:

18       1.   Plaintiff may file its First Amended Complaint; and

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    2.   Defendants do not need to re-file their pending motion to dismiss or otherwise

2         respond to the First Amended Complaint prior to the resolution of that motion.

3    **IT IS SO STIPULATED**

4

5    Dated: April 10, 2018                          HOPKINS & CARLEY
                                                    A Law Corporation
6

7

8                                                   By: */s/ John V. Picone III*
                                                        John V. Picone III
9                                                       Jennifer S. Coleman
                                                        C. Gideon Korrell
10                                                      Attorneys for Plaintiff
                                                        PACE Anti-Piracy, Inc.
11

12   Dated: April 10, 2018                          SKADDEN, ARPS, SLATE, MEAGHER &
                                                    FLOM LLP
13

14                                                  By: */s/ James Y. Pak*
                                                        James Y. Pak
15                                                      Attorneys for Defendants
                                                        Inside Secure and Inside Secure Corp.
16

17                          **ATTESTATION OF E-FILED SIGNATURE**

18        Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

19   the filing of this document from all signatories for whom a signature is indicated by a

20   "conformed" signature (/ s /) within this electronically filed document and I have on file records

21   to support this concurrence for subsequent production to the Court if so ordered or for inspection

22   upon request.

23
     Dated: April 10, 2018              By: */s/ John Picone*
24                                          John V. Picone III
                                            Attorney for Plaintiff
25                                          PACE Anti-Piracy, Inc.

26

27

28

## **ORDER**

Pursuant to FRCP Rule 15, the Court's February 7, 2018 scheduling order, stipulation of the parties, and good cause appearing therefore, the Plaintiff is hereby granted leave to file its First Amended Complaint.

IT IS SO ORDERED.

Dated: April 10, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

870\2949732.2

- 4 -

STIPULATION AND ORDER