John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
C. Gideon Korrell, Bar No. 284890
gkorrell@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff
PACE ANTI-PIRACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACE ANTI-PIRACY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INSIDE SECURE, a French legal entity, and INSIDE SECURE CORP., a Delaware corporation,<br><br>Defendants. | CASE NO. 4:17-cv-05860-HSG<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND ORDER OF DISMISSAL**<br><br>Judge: Honorable Haywood S. Gilliam<br>Action Filed: October 12, 2017<br>Trial Date: None |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in view of the parties' agreement settling this entire dispute, Plaintiff PACE Anti-Piracy, Inc. and Defendants Inside Secure, a French legal entity, and Inside Secure Corp., a Delaware corporation (collectively "Defendants"), by and through their respective counsel, hereby stipulate to the dismissal of all claims in this action with prejudice with each party to bear its own fees and costs, with such dismissal to be effective immediately upon the filing of this stipulation.

Dated: May 30, 2018

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Jennifer S. Coleman
C. Gideon Korrell
Attorneys for Plaintiff
PACE Anti-Piracy, Inc.

Dated: May 30, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Douglas R. Nemec*
Douglas R. Nemec
Attorneys for Defendants
Inside Secure and Inside Secure Corp.

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/ s /) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: May 30, 2018          By:          */s/ John V. Picone III*
John V. Picone III
Attorney for Plaintiff
PACE Anti-Piracy, Inc.

# **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: <u>May 30, 2018</u>   By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge